UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIKA ALEXANDRIA, *on behalf of herself and all others similarly situated*,

                          Plaintiff,    24-CV-8328 (JMF)

              -v-    ORDER

DISH WIRELESS, LLC,

                          Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer the Complaint by December 3, 2024, *see* ECF No. 8, but has not done so to date. As a courtesy, Defendant's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **December 20, 2024**. The Court will invite Plaintiff to move for default judgment if Defendant fails to appear and answer the Complaint by that deadline.

      Plaintiff is directed to serve a copy of this Order on Defendant, and to file proof of such service by December 16, 2024.

      SO ORDERED.

Dated: December 13, 2024
       New York, New York

                                                            JESSE M. FURMAN
                                                  United States District Judge