```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIKA ALEXANDRIA,

                                Plaintiff,                      24-CV-8328 (JMF) (KHP)

        -against-                                **ORDER ADJOURNING INITIAL**
                                                                           **CASE MANAGEMENT**
DISH WIRELESS, LLC,                                             **CONFERENCE**

                                Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on December 16, 2024 (doc. no 10) the Initial Case Management Conference currently scheduled for **January 14, 2025** is hereby adjourned *sine die*

       SO ORDERED.

DATED:       New York, New York
                 December 17, 2024

                                                                   _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge